NO. 07-99-0374-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 13, 2000

WELDON McCLURE,

Appellant

V.

ATTEBURY ELEVTORS, INC., A TEXAS CORPORATION 

AND ROCKROSE DEVELOPMENT, INC., A TEXAS CORPORATION, 

Appellees

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 42,199-B; HON. SAMUEL KISER, PRESIDING

ON JOINT MOTION TO DISMISS APPEAL

Before QUINN and REAVIS and JOHNSON, JJ.

Before this Court is a Joint Motion to Dismiss Appeal stating that the parties to this appeal have settled all matters in dispute between them and requesting that we dismiss the appeal.  We, therefore, dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).

Inasmuch as this appeal is dismissed at the request of the parties, no motion for rehearing will be entertained by this Court, and our mandate shall issue forthwith.

It is so ordered.

Brian Quinn

    Justice

Do not publish.